# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:10CR150-JFB-FG3** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **CESAR FRANCO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the magistrate judge on the "Motion to Pay Attorney Fees" (Doc. 43) filed by attorney Hugh P. Reef, who was appointed to represent the defendant from November 2, 2010 through January 18, 2011, at which time substitute counsel was appointed under the Criminal Justice Act (CJA). The case is still pending.

Construing counsel's motion as a request for an order authorizing interim payments under the CJA, the court finds that it is neither necessary nor appropriate to authorize interim payments to counsel in this case. *See* Guide to Judiciary Policy, Vol. VII, Part A, Ch. 2, § 230.73.10.

**IT IS ORDERED** that the motion (Doc. 43) is denied.

A party may object to this order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED March 11, 2011.**

**BY THE COURT:**

**s/ F.A. Gossett, III**
**United States Magistrate Judge**