IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>CESAR D. FRANCO,<br><br>            Defendant. | 8:10CR150<br><br>**ORDER** |

   This matter is before the court on its own motion.  A movant cannot appeal an adverse ruling on his § 2255 motion unless he is granted a certificate of appealability. 28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22(b)(1).  A certificate of appealability cannot be granted unless the movant "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  To make such a showing, the movant must demonstrate that reasonable jurists would find the Court's assessment of the constitutional claims debatable or wrong. *Tennard v. Dretke*, 542 U.S. 274, 282 (2004); *see also Gonzalez v. Thaler*, 132 S. Ct. 641, 648 (2012).

   In this case, the defendant has failed to make a substantial showing of the denial of a constitutional right.  The court is not persuaded that the issues raised are debatable among reasonable jurists, that a court could resolve the issues differently, or that the issues deserve further proceedings.  Accordingly, the court will not issue a certificate of appealability.

   IT IS HEREBY ORDERED that the court will not issue a certificate of appealability in this case.

   DATED this 22nd day of July, 2013.

                                                            BY THE COURT:

                                                            s/ Joseph F. Bataillon
                                                            United States District Judge